# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2024 Disciplinary Docket No. 3 |
| | : |
| F. PAUL BARAKAT, A/K/A FRED | : Board File No. C2-13-1036 |
| BARAKAT | : |
| | : (Supreme Court of the State of Delaware, |
| | : No. 397, 2013) |
| | : |
| | : Attorney Registration No. 18519 |
| | : (Chester County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 14th day of August, 2014, F. Paul Barakat, a/k/a Fred Barakat, having been suspended from the practice of law in the State of Delaware for a period of two years by Opinion and Order of the Supreme Court of the State of Delaware decided December 11, 2013; the said F. Paul Barakat, a/k/a Fred Barakat, having been directed on February 27, 2014, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the response filed, the Application for Oral Argument is denied and it is

ORDERED that F. Paul Barakat, a/k/a Fred Barakat, is suspended from the practice of law in this Commonwealth for a period of two years and he shall comply with all the provisions of Rule 217, Pa.R.D.E.